HOLLAND & KNIGHT LLP
Daniel P. Kappes (SBN 303454)
50 California Street, 28th Floor
San Francisco, CA 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910
E-mail: daniel.kappes@hklaw.com

Attorneys for Defendants
*Midland Credit Management, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PETER KENTEBE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>Defendant. | Case No. 3:18-cv-01072-LB<br><br>**NOTICE OF SETTLEMENT**<br><br>Before:   Hon. Laura Beeler |

## NOTICE OF SETTLEMENT

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendant Midland Credit Management, Inc. ("MCM") herby notifies the Court of the parties' settlement and states:

1. The parties, on March 29, 2017, tentatively agreed to settle this on an individual basis, subject to the execution of a mutually agreeable confidential settlement agreement.

2. The parties will enter a stipulated dismissal upon execution of the mutually agreeable confidential settlement agreement and the parties' satisfaction of the terms thereof.

3. In the event the parties fail to execute the mutually agreeable confidential settlement agreement, Defendant MCM reserves its right to file an answer or any other motion in response to Plaintiff's complaint.

Dated:  April 2, 2018                    Respectfully submitted,

                                         HOLLAND & KNIGHT LLP

                                         /s/ Dan Kappes
                                         Daniel P. Kappes
                                         Attorneys for Defendant
                                         Midland Credit Management, Inc.