**Yitzchak Zelman, Esq.,**
**MARCUS & ZELMAN, LLC**
**701 Cookman Avenue, Suite 300**
**Asbury Park, New Jersey 07712**
**Tel:     (732) 695-3282**
**Fax: (732) 298-6256**
**Email: yzelman@marcuszelman.com**
**Attorneys for Plaintiff**
*Admitted Pro Hac Vice*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **PETER KENTEBE,** individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>-against-<br><br>**MIDLAND CREDIT MANAGEMENT**, **INC.,**<br><br>Defendant | Civil Case No.: 3:18-cv-01072-LB<br><br><br><br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

### NOTICE OF VOLUNTARY DISMISSAL

Whereas no party has filed an Answer to the Complaint filed in this action, the Plaintiff hereby voluntarily dismisses this action against Defendant MIDLAND CREDIT MANAGEMENT, INC., and discontinues his claims against the Defendant in the above-captioned matter, with prejudice, pursuant to Rule

41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated:  June 11, 2018

                                      MARCUS & ZELMAN, LLC
*Attorneys for the Plaintiff*
*Peter Kentebe*

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Office:  (732) 695-3282
Fax:     (732) 298-6256
Email: yzelman@MarcusZelman.com